# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY T. PARKER,<br><br>                                    Plaintiff,<br>   vs.<br>CMRE FINANCIAL SERVICES;<br>PARADISE VALLEY HOSPITAL,<br><br>                                    Defendant. | CASE NO. 07cv1302 JM(AJB)<br><br>ORDER GRANTING PLAINTIFF'S SUBSTITUTION OF ATTORNEY |

IT IS HEREBY ORDERED that Joshua B. Swigart, Esq. be and hereby is substituted as attorney of record in the place of Joshua K. Merkel, Esq.

**IT IS SO ORDERED.**

DATED: October 29, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:        All parties