# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Parker

CMRE Financial Services Inc, et al

V.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   07cv1302-JM(AJB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the court grants the motion to dismiss and denies the motion to strike................................................
................................................................................................................................................................

| November 6, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | S/ T. Lee |
| | (By) Deputy Clerk |
| | ENTERED ON November 6, 2007 |